1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10
11  MONICO QUIROGA,                          1:16-cv-00234-DLB (PC)
12              Plaintiff,
13       v.                                  ORDER GRANTING APPLICATION TO
                                             PROCEED IN FORMA PAUPERIS
14  GRAVES, et al.,                          (Document# 2)
15              Defendant.                   and
16
                                             ORDER DIRECTING PAYMENT
17                                           OF INMATE FILING FEE BY KERN
                                             COUNTY SHERIFF'S DEPARTMENT
18
19
20       Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested
21  leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing
22  required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.
23  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.
24  § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of
25  the preceding month's income credited to plaintiff's trust account.  The Kern County Sheriff's
26  Department is required to send to the Clerk of the Court payments from plaintiff's account each
27  time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28
28  U.S.C. § 1915(b)(2).

                                                1

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

**2. The Kern County Sheriff or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Kern County Sheriff's Department, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **February 24, 2016**          /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE