# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA,<br><br>    Plaintiff,<br><br>    v.<br><br>KERN COUNTY SHERIFF, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00234 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>[ECF No. 6] |

Plaintiff Monico J. Quiroga, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 19, 2016. On February 29, 2016, he filed the instant motion for discovery.

Plaintiff is advised that the discovery phase of this litigation is not yet open. Plaintiff is directed to Section III of the Court's First Informational Order, filed February 22, 2016. In that order, Plaintiff was specifically informed that the Court must first screen the complaint prior to Plaintiff proceeding with his legal action. As discussed in Sections IV and V of the First Informational Order, Plaintiff may not conduct discovery until Defendants file an answer and the Court issues the discovery order.

///
///
///
///

1      Accordingly, Plaintiff's motion for discovery is DENIED.

IT IS SO ORDERED.

4   Dated: **March 5, 2016**               /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE