# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, | Case No. 1:16-cv-00234 DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO SUSPEND OFFICERS |
| v. | [ECF No. 8] |
| KERN COUNTY SHERIFF, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Monico J. Quiroga, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 19, 2016.  On February 29, 2016, Plaintiff consented to the jurisdiction of the Magistrate Judge.

On February 29, 2016, he filed the instant motion to suspend the officers involved in his case: Sergeant Graves, Corporal Madera, Corporal Fuentes, Kern County Sheriff's Officer Gorizo and all Kern County Sheriffs Officers.  Plaintiff's motion is completely frivolous.  Plaintiff provides no authority for his request, no factual support, and no reasoning.

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **March 5, 2016**                         _____ /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE