UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA III,<br><br>Plaintiff,<br><br>v.<br><br>SERGEANT GRAVES, et al.,<br><br>Defendant. | No. 1:16-cv-00234-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 47) |

Plaintiff Monico J. Quiroga III is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2018, the assigned magistrate judge issued findings and recommendations, recommending that: (1) plaintiff's fourth amended complaint proceed against defendant Fuentes for violation of plaintiff's due process rights under the Fourteenth Amendment; and (2) all other claims and defendants be dismissed from this action for failure to state a claim. (Doc. No. 47.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 13.) On October 29, 2018, plaintiff filed a notice of his willingness to proceed on the due process claim and requested a copy of the fourth amended complaint. (Doc. No. 48.)

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations filed on October 15, 2018 (Doc. No. 47) are adopted in full;
2. This action now proceeds only against defendant Fuentes and only for violation of plaintiff's due process rights under the Fourteenth Amendment;
3. Plaintiff's claims for excessive force, retaliation, and deliberate indifference to safety are dismissed for failure to state a claim;
4. Plaintiff's claim for injunctive relief is dismissed;
5. Plaintiff's claim for declaratory relief is dismissed;
6. Defendants Gause and Graves are dismissed from this case based on plaintiff's failure to state a cognizable claim against either;
7. The Clerk of the Court is directed to mail to plaintiff a copy of the fourth amended complaint (Doc. No. 45) when service of process is initiated; and
8. This case is referred back to the assigned magistrate judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated: **December 18, 2018**

UNITED STATES DISTRICT JUDGE