UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA III,<br><br>        Plaintiff,<br><br>    v.<br><br>SERGEANT GRAVES, et al.,<br><br>        Defendants. | 1:16-cv-00234-DAD-GSA-PC<br><br>**ORDER DISREGARDING PLAINTIFF'S REQUEST TO ATTORNEY GENERAL (ECF No. 53)** |

Monico J. Quiroga III ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Fourth Amended Complaint filed on September 6, 2018, against defendant Corporal Oscar Fuentes for violation of Plaintiff's due process rights under the Fourteenth Amendment. (ECF No. 45.)

On January 7, 2019, Plaintiff filed a request to the Attorney General to bring suit pursuant to 42 U.S.C. § 1997 a-c, Civil Rights of Institutionalized Person Act. (ECF No. 53.) Plaintiff cites law, but otherwise offers no explanation for his request.

Plaintiff's request does not belong in this case. The Attorney General is not a party to this case and has not appeared in this case. Moreover, it is unclear what Plaintiff is asking for. Therefore, Plaintiff's request shall be disregarded.

Accordingly, it is HEREBY ORDERED that Plaintiff's request to the Attorney General, filed on January 7, 2019, is disregarded.

IT IS SO ORDERED.

Dated: **February 14, 2019**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE