UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA III,<br><br>      Plaintiff,<br><br>    v.<br><br>SERGEANT GRAVES, et al.,<br><br>      Defendants. | 1:16-cv-00234-DAD-GSA-PC<br><br>**ORDER ADDRESSING PLAINTIFF'S OBJECTION AND DENYING PLAINTIFF'S MOTION TO STRIKE (ECF No. 65)**<br><br>**TWENTY-ONE DAY DEADLINE FOR PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Monico J. Quiroga III ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Fourth Amended Complaint filed on September 6, 2018, against defendant Corporal Oscar Fuentes (Defendant) for violation of Plaintiff's due process rights under the Fourteenth Amendment. (ECF No. 45.)

On June 18, 2019, Defendant filed a motion for summary judgment for failure to exhaust administrative remedies. (ECF No. 62.) On July 1, 2019, Plaintiff filed an objection to the motion. (ECF No. 65.) In the objection Plaintiff argues that Defendant's motion for summary judgment was untimely because it was filed after the court's deadline for filing exhaustion of remedies motions. Plaintiff requests that the motion for summary judgment be stricken.

1

Plaintiff is mistaken that Defendant's motion for summary judgment was not timely filed. Defendant filed his motion for summary judgment on June 18, 2019. (ECF No. 62.) The court's deadline for filing such a motion is July 11, 2019, which is after Defendant's motion was filed.[1] Therefore, Defendant's motion for summary judgment was timely filed and Plaintiff's motion to strike shall be denied.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's objection to Defendant's motion for summary judgment, filed on July 1, 2019, is resolved by this order;

2. Plaintiff's motion to strike Defendant's motion for summary judgment as untimely is denied;

3. Plaintiff is granted twenty-one days from the date of service of this order in which to file an opposition, or statement of non-opposition to the motion for summary judgment; and

4. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: __July 7, 2019__ _____ **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] In the court's discovery and scheduling order, filed on April 11, 2019, the court set a deadline of July 11, 2019, for the filing of exhaustion motions. (ECF No. 58.)